JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS T.F., | ) | Case No. CV 19-9197-JPR |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is ADJUDGED that (1) Plaintiff's request for an order remanding the case for further proceedings is GRANTED; (2) the Commissioner's request for an order affirming his final decision and dismissing the action is DENIED; and (3) judgment is entered in Plaintiff's favor.

DATED: December 14, 2020

*Jean Rosenbluth*
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE